IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

STEVEN C. HAYES                                                                              PEITIONER

v.                                    Civil No. 6:20-cv-06059

DEXTER PAYNE, Director,
Arkansas Department of Correction,                                              RESPONDENT

**ORDER**

Now before the Court is the Report and Recommendation filed August 31, 2020, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 9.) Petitioner proceeds in this Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 *pro se*. After considering the Petition (ECF No. 1) and the response filed in opposition (ECF N. 8), Judge Bryant finds that the allegations raised in the Petition fail to state a claim upon which habeas relief can be granted, and he recommends the Petition be denied in its entirety.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*.

Accordingly, it is hereby ORDERED that the Petition for Writ of Habeas Corpus (ECF No. 1) be DENIED in its entirety.

**IT IS SO ORDERED** this 23rd day of November 2020.

/s/ *Robert T. Dawson*
ROBERT T. DAWSON
SENIOR U.S. DISTRICT JUDGE