IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

STEVEN C. HAYES                                                                                    PETITIONER

v.                                         Civil No. 6:20-cv-06059

DEXTER PAYNE, Director,
Arkansas Department of Correction                                                     RESPONDENT

**ORDER**

Now before the Court is the Report and Recommendation filed August 31, 2020, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 9). Petitioner proceeds in this Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 *pro se*. After considering the Petition (ECF No. 1) and the response filed in opposition (ECF No. 8), Judge Bryant found that the allegations raised in the Petition failed to state a claim upon which habeas relief could be granted, and he recommended that the Petition should be denied in its entirety.

On November 23, 2020, the Court issued an Order (ECF No. 10) adopting the Report and Recommendation (ECF No. 9) *in toto* and denying the Petition for Writ of Habeas Corpus (ECF No. 1). On December 15, 2020, the Petitioner filed a Motion for Reconsideration (ECF No. 11), and the motion was granted (Order, ECF No. 12).

Plaintiff filed his objections to the Report and Recommendation on February 22, 2021. (ECF No. 21). Upon review, Plaintiff's objections are merely restatements of arguments contained within the petition (ECF No. 1) and offer no error of law or fact from which the Court finds it necessary to depart from the Report and Recommendation. Therefore, the Court adopts the Report and Recommendation (ECF No. 9) *in toto*. Accordingly, it is hereby **ORDERED** that the Petition for Writ of Habeas Corpus (ECF No. 1) is **DENIED** in its entirety.

**IT IS SO ORDERED** this 9th day of June 2021.

2

/s/*Robert T. Dawson*
**ROBERT T. DAWSON**
**SENIOR U.S. DISTRICT JUDGE**